**DISMISS and Opinion Filed July 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00011-CV

**AVIS DICKERSON AND ROBERT BURNS, Appellants**
**V.**
**WHITE ROCK HILLS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-06650-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Nowell
Opinion by Chief Justice Burns

Appellants' brief in this case is overdue. By postcard dated June 12, 2019, we notified appellants the time for filing their brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed their brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190011F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

AVIS DICKERSON AND ROBERT
BURNS, Appellants

No. 05-19-00011-CV          V.

WHITE ROCK HILLS, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-18-06650-B.
Opinion delivered by Chief Justice Burns.
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered July 10, 2019